## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   McArthur, Wendy

Printed:  3/11/08

Case Number:  07 B 05711
Judge:  Hollis, Pamela S
Filed:  3/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  January 28, 2008
Confirmed:  June 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,075.00 |  |
| Secured: |  | 130.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 886.93 |
| Trustee Fee: |  | 58.07 |
| Other Funds: |  | 0.00 |
| Totals: | 1,075.00 | 1,075.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,384.00 | 886.93 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,314.00 | 65.00 |
| 4. | City Of Chicago | Secured | 1,119.00 | 65.00 |
| 5. | Select Portfolio Servicing | Secured | 25,814.00 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 256.77 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 60.66 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 869.01 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 917.62 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 332.77 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 638.52 | 0.00 |
| 12. | B-Real LLC | Unsecured | 532.31 | 0.00 |
| 13. | Aspire Visa | Unsecured | 495.35 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 209.26 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 527.04 | 0.00 |
| 16. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 17. | Island National Group | Unsecured |  | No Claim Filed |
| 18. | GC Services | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | Freedman Anselmo Lindberg | Unsecured |  | No Claim Filed |
| 21. | Omni Credit Service | Unsecured |  | No Claim Filed |
| 22. | National Asset Recovery | Unsecured |  | No Claim Filed |
| 23. | Midland Credit Management | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,470.31 | $ 1,016.93 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   McArthur, Wendy

Printed:  3/11/08

Case Number:  07 B 05711

Judge:  Hollis, Pamela S

Filed:  3/30/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 58.07 |
| | _____ |
| | $ 58.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

